Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON PROPER, LLC a Florida limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT;<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br><u>Jury Trial Demanded</u> |

Plaintiff KLAUBER BROTHERS, INC., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

COMPLAINT

3.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## **PARTIES**

4.  Plaintiff Klauber Brothers, Inc. ("Klauber" or "Plaintiff") is a corporation organized and existing under the laws of the State of New York with its principal place of business in New York.

5.  Plaintiff is informed and believes and thereon alleges that Defendant BOSTON PROPER, LLC ( "Boston Proper"), is a Florida limited liability company and is doing business in and with the State of California.

6.  Plaintiff is informed and believes and thereon alleges that some of Defendants Does 1 through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which Doe Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments bearing lace manufactured with Plaintiff's copyrighted designs (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise of Defendants Does 1-3, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

7.  Defendants Does 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to

- 2 -

COMPLAINT

1
2
amend this Complaint to show their true names and capacities when same have been ascertained.

3     8.  Plaintiff is informed and believes and thereon alleges that at all times
4  relevant hereto each of the Defendants was the agent, affiliate, officer, director,
5  manager, principal, alter-ego, and/or employee of the remaining Defendants and was
6  at all times acting within the scope of such agency, affiliation, alter-ego relationship
7  and/or employment; and actively participated in or subsequently ratified and
8  adopted, or both, each and all of the acts or conduct alleged, with full knowledge of
9  all the facts and circumstances, including, but not limited to, full knowledge of each
10  and every violation of Plaintiff's rights and the damages to Plaintiff proximately
11  caused thereby.

12               **CLAIMS RELATED TO DESIGNS 8744**

13     9.  Prior to the conduct complained of herein, Plaintiff composed an original
14  two-dimensional artwork for purposes of lace production. It allocated this design
15  Plaintiff's Internal Design Number 39111X (the "Subject Design"). This artwork
16  was a creation of Plaintiff and/or Plaintiff's design team, and is, and at all relevant
17  times was, owned in exclusively by Plaintiff

18     10. Plaintiff owns a United States Copyright Registration covering Subject
19  Design.

20     11. Prior to the acts complained of herein, Plaintiff sampled and sold lace
21  bearing Subject Design to numerous parties in the fashion and apparel industries.

22     12. Following this distribution of product bearing Subject Design, Plaintiff's
23  investigation revealed that certain entities within the fashion and apparel industries
24  had misappropriated Subject Design, and were selling fabric and garments bearing
25  illegal reproductions and/or derivations of Subject Design.

26     13. Plaintiff is informed and believes and thereon alleges that, without
27  Plaintiff's authorization, Boston Proper, and others, including certain Doe

28

- 3 -
COMPLAINT

defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments incorporating fabric that bears artwork identical to or substantially similar to Subject Design ("Infringing Product"). Such garments include but are not limited to the garments bearing Style Nos. 2AE28 and RN 90674.

14. Below is a comparison of Subject Design with an exemplar of Infringing Product:

- 4 -

COMPLAINT

| **Subject Design** | **Infringing Product Exemplar** |
|---|---|
|  | Detail:<br><br>Garment:<br> |

15. The above comparison makes apparent that the elements, composition, colors, arrangement, layout, and appearance of the design at issue are substantially similar.

16. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive

- 5 -

1 knowledge of Plaintiff's rights, and/or in blatant disregard for Plaintiff's rights, such

2 that said acts of copyright infringement were, and continue to be, willful, intentional

3 and malicious, subjecting Defendants, and each of them, to liability for statutory

4 damages under Section 504(c)(2) of the Copyright Act in the sum of up to one

5 hundred fifty thousand dollars ($150,000.00) per infringement.

6 <center>**FIRST CLAIM FOR RELIEF**</center>

7 <center>(For Copyright Infringement – Against All Defendants, and Each)</center>

8     17. Plaintiff repeats, realleges, and incorporates herein by reference as though

9 fully set forth, the allegations contained in the preceding paragraphs of this

10 Complaint.

11     18. Plaintiff is informed and believes and thereon alleges that Defendants, and

12 each of them, had access to the Subject Design including, without limitation, through

13 (a) access to Plaintiff's showroom and/or design library; (b) access to illegally

14 distributed copies of the Subject Design by third-party vendors and/or Doe

15 Defendants, including without limitation international and/or overseas converters

16 and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) garments

17 manufactured and sold to the public bearing fabric lawfully printed with the Subject

18 Design by Plaintiff for its customers.

19     19. Plaintiff is informed and believes and thereon alleges that one or more of

20 the Defendants manufactures garments and/or is a garment vendor.  Plaintiff is

21 further informed and believes and thereon alleges that said Defendant(s) has an

22 ongoing business relationship with Defendant retailers, and each of them, and

23 supplied garments to said retailers, which garments infringed the Subject Design in

24 that said garments were composed of fabric which featured unauthorized print

25 design(s) that were identical or substantially similar to the Subject Design, or were

26 an illegal derivation or modification thereof.

27

28

<center>- 6 -</center>

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Design and by producing, distributing and/or selling garments which infringe the Subject Design through a network of retail stores, catalogues, and through on-line websites.

21. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

22. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

23. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of Plaintiff's rights in the Subject Designs in an amount to be established at trial.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

///

COMPLAINT

### SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All
Defendants)

25. Plaintiff repeats, realleges, and incorporates herein by reference as though
fully set forth, the allegations contained in the preceding paragraphs of this
Complaint.

26. Plaintiff is informed and believes and thereon alleges that Defendants
knowingly induced, participated in, aided and abetted in and profited from the illegal
reproduction and/or subsequent sales of garments featuring the Subject Design as
alleged herein.

27. Plaintiff is informed and believes and thereon alleges that Defendants, and
each of them, are vicariously liable for the infringement alleged herein because they
had the right and ability to supervise the infringing conduct and because they had a
direct financial interest in the infringing conduct.

28. By reason of the Defendants', and each of their, acts of contributory and
vicarious infringement as alleged above, Plaintiff has suffered and will continue to
suffer substantial damages to its business in an amount to be established at trial, as
well as additional general and special damages in an amount to be established at
trial.

29. Due to Defendants', and each of their acts of copyright infringement as
alleged herein, Defendants, and each of them, have obtained direct and indirect
profits they would not otherwise have realized but for their infringement of the
Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits
directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in
the Subject Design, in an amount to be established at trial.

30. Plaintiff is informed and believes and thereon alleges that Defendants, and
each of them, have committed acts of copyright infringement, as alleged above,

COMPLAINT

which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against All Defendants**

### With Respect to Each Claim for Relief

a. That Defendants, their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Design;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. §§ 101, *et seq.*;

d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

COMPLAINT

1       PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE

2   PURSUANT TO FED. R. CIV. P. 38 AND THE 7TH AMENDMENT TO THE

3   UNITED STATES CONSTITUTION.

4

5                                   Respectfully submitted,

6

7   Dated: August 3, 2021      By:      */s/ Scott Alan Burroughs*

                                             Scott Alan Burroughs, Esq.

8                                             Trevor W. Barrett, Esq.

9                                             Frank R. Trechsel, Esq.

10                                            DONIGER / BURROUGHS

                                          Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT